# McKool Smith

Daniel W. Levy
Direct Dial: (212) 402-9412
E-mail: dlevy@mckoolsmith.com

One Manhattan West
395 Ninth Avenue, 50th Floor
New York, NY 10001

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

March 26, 2023

By ECF
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: Stein v. Skatteforvaltningen
      23 Misc. 71 (PAC)

Dear Judge Crotty:

  This firm represents Plaintiffs Matthew Stein and Jerome Lhote in connection with the above-referenced miscellaneous matter.

  Consistent with the Court's Order, dated March 20, 2023, Plaintiffs filed the action under seal on March 24, 2023.

  On the same day, Plaintiffs served Defendant pursuant to the special arrangement provided for by agreement between Plaintiffs and Defendant. Plaintiffs also served Defendant by an additional means permitted by 28 U.S.C. § 1608(a)(2). Plaintiffs served the Summons and Complaint and a copy of the Court's Order, as directed.

  Later on the same day, Defendant's counsel requested that Plaintiffs provide it with a copy of the application by which Plaintiffs sought permission to file the action under seal.

  Plaintiffs have no objection to doing so.

The Honorable Paul A. Crotty
March 26, 2023
Page 2

      Accordingly, Plaintiffs request that the Court unseal ECF Nos. 1 and 1-1 through 1-5 (the notice of motion, declaration and exhibit, memorandum of law, proposed order, and miscellaneous cover sheets) solely for the purpose of providing them to Defendant and that they otherwise remain under seal.

                                               Respectfully submitted,

                                               Daniel W. Levy

ECF Nos. 1 and 1-1 through 1-5 Are Unsealed Solely
   / for the Purpose of Providing them to Defendant
and They Shall Otherwise Remain Under Seal

SO ORDERED:

_____
The Honorable Paul A. Crotty
United States District Judge, Part I

March 30, 2023

4871-1391-4713